APPEAL No. 1335. JOHN W. PALMER *et ux. v.* HERBERT J. COUPER. Motion of appellants that truth of papers and pleadings be established is granted. *Aram K. Berberian,* for appellants. *Peter D. Nolan,* Town Solicitor of East Greenwich, for appellee.

April 5, 1971.

M. P. No. 1334. STATE *v.* RAYMOND WILBUR. Order entered April 1, 1971 amended to read as follows:

> Petition for writ of certiorari is denied without prejudice, for failure of petitioner to comply with the provisions of Provisional Order No. 3, A (c).

*Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *James Cardono,* Public Defender, for defendant-petitioner.

April 6, 1971.

Ex. No. 10,816. RICHARD A. HURLEY *v.* RUTH M. WHOLEY. Motion of court to dismiss appeal for lack of prosecution in compliance with Rule 16 was granted on April 5, 1971. *John F. Sherlock, Jr.,* for appellant. *Leroy V. Marcotte,* for appellee.

APPEAL No. 982. THOMAS J. DOYLE *v.* ELEANOR P. DOYLE. Appellant ordered to appear on May 5, 1971 to show cause why appeal should not be dismissed for lack of prosecution. *Harold S. Moskol,* for appellant. *Raoul Archambault, Jr.,* for appellee.

APPEAL No. 1123. NORTON SALK, A. I. A. *v.* RAY REEDY. Appellant ordered to appear on May 5, 1971 to show cause why appeal should not be dismissed for lack of prosecution. *Raul L. Lovett,* for appellant. *James M. Jerue,* for appellee.